# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GINGER A. HAYES and RICHARD W. HAYES, | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) ) |
| AMERICAN CREDIT ACCEPTANCE, LLC and FIND TRACK LOCATE, INC., | ) ) )   CASE NO.: 13-CV-2413-RDR-KGS |
| Defendants, | ) ) ) |
| And | ) ) |
| REPO REMARKETING, INC., | ) ) |
| Third-Party Defendant. | ) |

## CERTIFICATE OF MAILING

COMES NOW, Defendant American Credit Acceptance, LLC. and hereby certifies that a copy of Defendant American Credit Acceptance, LLC's Answer, Cross-Claim, Third Party Claim to Plaintiffs' First Amended Petition was mailed, via U.S. Mail, postage prepaid, on this 20th day of August, 2013, to:

Pamela J. Welch, Franke Schultz & Mullen, P.C., 8900 Ward Parkway, Kansas City, Missouri 64114.

**STINSON MORRISON HECKER LLP**

By:  /s/ Lawrence W. Bigus
Lawrence W. Bigus     KS Bar #17126
1201 Walnut Street
Kansas City, Missouri 64106
Tel: (816) 842-8600
Fax: (816) 691-2312
lbigus@stinson.com

ATTORNEYS FOR DEFENDANT
AMERICAN CREDIT ACCEPTANCE

DB04/1003791.0002/9329298.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing Certificate of Mailing was filed electronically with the United States District Court for the District of Kansas on this 20th day of August, 2013, with notice of case activity generated and sent electronically to counsel of record.

                                                  /s/ Lawrence W. Bigus
                                                  Lawrence W. Bigus